# Exhibit 2

Charted Claims:

Method Claims:1

| US8471812B2 | Temu Mobile Application ("Accused Product") |
|---|---|
| 1. A method for identifying an object, the method comprising: | The accused product practices a method for identifying (e.g., detecting and searching similar products) an object (e.g., charging accessory, sunglasses, etc.,).<br><br>As shown below, the accused product, when enabled on a user's smartphone, is used to detect, and identify objects such as charging accessory, sunglasses, etc. in an image. The image is scanned via the smartphone's camera. The accused product identifies different objects in the image. Once the objects are identified, similar products are searched. A list of these products is then presented to the user to view and buy.<br><br><br><br>https://www.temu.com/ |



https://www.temu.com/

https://play.google.com/store/apps/details?id=com.einnovation.temu



https://www.temu.com/fr-en/support/c3/how-to-search-for-items-on-temu-f-44-s-157.html?is_back=1&no_cache_id=ywmut



https://play-lh.googleusercontent.com/Lc_l8R3W5YhMwGiCUza7LlEZ-s89YBdupHR2HH-LXivfvPBxXjhES61vIttOfhNndQ=w2560-h1440-rw



https://www.youtube.com/watch?v=VwrkRAKDu9g



https://www.youtube.com/watch?v=WjI0GKyKZwg



https://www.youtube.com/watch?v=WjI0GKyKZwg



https://www.youtube.com/watch?v=WjI0GKyKZwg

| (a) providing a pointing and identification device for pointing at the object, | The accused product practices providing a pointing and identification device (e.g., smartphone with accused product enabled on it) for pointing at the object (e.g., charging accessory, sunglasses, etc.,).<br><br>As shown below, the accused product is enabled on a user's smartphone. The smartphone is then used to point-to and scan objects for identification by the accused product. The user scans a new object image. This image is used by the accused product to search across |
|---|---|

Temu's database (stored at Temu servers at different locations) to identify and present similar products to the user.



https://play-lh.googleusercontent.com/Lc_l8R3W5YhMwGiCUza7LlEZ-s89YBdupHR2HH-LXivfvPBxXjhES61vIttOfhNndQ=w2560-h1440-rw



https://www.youtube.com/watch?v=VwrkRAKDu9g



https://www.youtube.com/watch?v=WjI0GKyKZwg



https://www.youtube.com/watch?v=WjI0GKyKZwg

| | |
|---|---|
| the pointing and identification device comprising: at least one actuation means for actuation by the user when the user points the pointing | The accused product comprises the pointing and identification device (e.g., smartphone with accused product enabled on it) comprising: at least one actuation means (e.g., touch on the screen of the display) for actuation by the user (e.g., touch by the user) when the user points the pointing and identification device (e.g., smartphone with accused product enabled on it) at the object (e.g., charging accessory, sunglasses, etc.,). |
| | As shown below, when a user points a smartphone (with accused product installed on it), at |

| | |
|---|---|
| and identification device at the object; | an object (such as a charging accessory, sunglasses, etc.,), and clicks on the screen, an image of the pointed-at object is captured. The object is then identified by the accused product and searched across Temu's database (stored at Temu servers at different locations). Similar products are then identified and presented to the user.  https://www.youtube.com/watch?v=VwrkRAKDu9g |



https://www.youtube.com/watch?v=WjI0GKyKZwg



https://www.youtube.com/watch?v=WjI0GKyKZwg



https://www.youtube.com/watch?v=VwrkRAKDu9g

| a digital camera for forming a digital image of the object or of a portion of the object when the user points the pointing and identification device at the object | The accused product comprises a digital camera (e.g., camera of the smartphone with accused product enabled on it) for forming a digital image (e.g., image captured by the camera) of the object (e.g., charging accessory, sunglasses, etc.,) or of a portion of the object when the user points the pointing and identification device (e.g., smartphone with accused product enabled on it) at the object (e.g., charging accessory, sunglasses etc.) and actuates the at least one actuation means (e.g., touch on the screen of the display). |
|---|---|
| | As shown below, when a user points a smartphone (with accused product installed on it), at |

| | |
|---|---|
| and actuates the at least one actuation means; | an object (such as a charging accessory, sunglasses etc.), and clicks on the screen, an image of the pointed-at object is captured. The object is then identified by the accused application and searched across Temu's database (stored at Temu servers at different locations). Similar products are then identified and presented to the user.<br><br><br>https://www.youtube.com/watch?v=WjI0GKyKZwg |



https://www.youtube.com/watch?v=VwrkRAKDu9g



https://www.youtube.com/watch?v=WjI0GKyKZwg



**How To Use Visual Search in TEMU - Use Camera to Find TEMU Products**
https://www.youtube.com/watch?v=WjI0GKyKZwg

| | |
|---|---|
| and a communication device for communicating the digital image to a different location | The accused product comprises a communication device (e.g., wireless communication module and associated processor of the smartphone) for communicating the digital image (e.g., image captured by the camera) to a different location (e.g., Temu's server) when the user actuates the at least one actuation means (e.g., touch on the screen of the display).<br><br>As shown below, the accused product is enabled on a user's smartphone. The smartphone |

| when the user actuates the at least one actuation means; | is then used to point-to and scan objects for identification by the accused product. The user scans a new object image. This image is searched by the accused product across Temu's database (stored at Temu servers at different locations) to identify and present similar products to the user.<br><br><br><br>https://www.youtube.com/watch?v=WjI0GKyKZwg |



https://www.youtube.com/watch?v=VwrkRAKDu9g



https://www.youtube.com/watch?v=WjI0GKyKZwg



**How To Use Visual Search in TEMU - Use Camera to Find TEMU Products**
https://www.youtube.com/watch?v=WjI0GKyKZwg



https://www.temu.com/privacy-and-cookie-policy.html

| (b) communicating the digital image to the different location; | The accused product practices communicating the digital image (e.g., image captured by the camera) to the different location (e.g., Temu's server).<br><br>As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product by scanning a new object, a digital image is taken. This image is then used by the accused product to search across Temu's database (stored at Temu servers at different locations). Similar products are then identified and presented to the user. |



https://www.youtube.com/watch?v=WjI0GKyKZwg



https://www.youtube.com/watch?v=WjI0GKyKZwg



**How To Use Visual Search in TEMU - Use Camera to Find TEMU Products**
https://www.youtube.com/watch?v=WjI0GKyKZwg

**What Information We Collect**

How and Why We Use Your Information

How and Why We Share Your Information

Your Rights and Choices

Children

Data Security and Retention

Privacy Policy Addendum for U.S. Residents

**Chats with merchandise partners**

When you chat with merchandise partners on Temu, we collect your chat communications and other related information.

**User-generated content**

When you provide any content (e.g., images, videos, or text) to leave product reviews and ratings, provide images to search for items, or provide images or text to customise products, we collect this information and its associated metadata to support and enable your use of the Service.

https://www.temu.com/privacy-and-cookie-policy.html

| | |
|---|---|
| | **▸ Data Security and Retention** <hr> The security of your personal information is important to us. We use appropriate technical and organizational measures to help protect your personal information from loss, theft, misuse, unauthorized access, disclosure, alteration, and/or destruction. We also follow the Payment Card Industry Data Security Standard ("PCI-DSS") in handling your credit card information. However, security risk is inherent in all internet and information technologies. <br><br> We generally retain personal information as long as necessary to fulfill the purposes for which we collected it, as well as for the purposes of satisfying any applicable U.S. legal, accounting, or reporting requirements, to establish, exercise or defend legal claims, or for fraud prevention purposes. To determine the appropriate retention period for personal information, we may consider factors such as the amount, nature, and sensitivity of the personal information, the potential risk of harm from unauthorized use or disclosure of your personal information, the purposes for which we process your personal information and whether we can achieve those purposes through other means, and the applicable U.S. legal requirements. <br><br> Data of Temu's U.S. users will be stored in the infrastructure of cloud service providers in the U.S. As a global one-stop shopping destination, Temu may need to engage and share your personal information to various parties, including our service providers, as described in the "How and Why We Share Your Information" section. These parties may be located in countries or jurisdictions that have data protection laws that are different in some aspects from the laws of the country or jurisdiction in which you reside. When we transfer your personal information outside the country or jurisdiction in which you reside, we implement appropriate measures to ensure that your personal information will remain protected in accordance with this Privacy Policy and applicable laws. <br><br> https://www.temu.com/privacy-and-cookie-policy.html#data_security_and_retention |
| (c) automatically identifying a list of likely pointed-to objects from the digital image at the different location to return the list of likely pointed-to objects; | The accused product practices automatically identifying a list of likely pointed-to objects (e.g., objects similar to the objects identified in an image) from the digital image (e.g., image captured by the camera) at the different location (e.g., Temu's server) to return the list of likely pointed-to objects (e.g., objects similar to the objects identified in an image). <br><br> As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product by scanning a new object, a digital image of object is taken. This image is analysed to identify the object in the image. The object is then searched by the |

| | |
|---|---|
| and | accused product across Temu's database (stored at Temu servers at different locations). Products similar to the object in the image, are identified from Temu's database, and presented to the user. The user can thereafter view and buy these products.<br><br><br><br>https://www.youtube.com/watch?v=WjI0GKyKZwg |



https://www.youtube.com/watch?v=WjI0GKyKZwg



**How To Use Visual Search in TEMU - Use Camera to Find TEMU Products**
https://www.youtube.com/watch?v=WjI0GKyKZwg



https://www.youtube.com/watch?v=WjI0GKyKZwg

**What Information We Collect**

How and Why We Use Your Information

How and Why We Share Your Information

Your Rights and Choices

Children

Data Security and Retention

Privacy Policy Addendum for U.S. Residents

**Chats with merchandise partners**

When you chat with merchandise partners on Temu, we collect your chat communications and other related information.

**User-generated content**

When you provide any content (e.g., images, videos, or text) to leave product reviews and ratings, provide images to search for items, or provide images or text to customise products, we collect this information and its associated metadata to support and enable your use of the Service.

https://www.temu.com/privacy-and-cookie-policy.html

| | |
|---|---|
| | ▶ **Data Security and Retention**<br><br>The security of your personal information is important to us. We use appropriate technical and organizational measures to help protect your personal information from loss, theft, misuse, unauthorized access, disclosure, alteration, and/or destruction. We also follow the Payment Card Industry Data Security Standard ("PCI-DSS") in handling your credit card information. However, security risk is inherent in all internet and information technologies.<br><br>We generally retain personal information as long as necessary to fulfill the purposes for which we collected it, as well as for the purposes of satisfying any applicable U.S. legal, accounting, or reporting requirements, to establish, exercise or defend legal claims, or for fraud prevention purposes. To determine the appropriate retention period for personal information, we may consider factors such as the amount, nature, and sensitivity of the personal information, the potential risk of harm from unauthorized use or disclosure of your personal information, the purposes for which we process your personal information and whether we can achieve those purposes through other means, and the applicable U.S. legal requirements.<br><br>Data of Temu's U.S. users will be stored in the infrastructure of cloud service providers in the U.S. As a global one-stop shopping destination, Temu may need to engage and share your personal information to various parties, including our service providers, as described in the "How and Why We Share Your Information" section. These parties may be located in countries or jurisdictions that have data protection laws that are different in some aspects from the laws of the country or jurisdiction in which you reside. When we transfer your personal information outside the country or jurisdiction in which you reside, we implement appropriate measures to ensure that your personal information will remain protected in accordance with this Privacy Policy and applicable laws.<br><br>https://www.temu.com/privacy-and-cookie-policy.html#data_security_and_retention |
| (d) returning the list of likely pointed-to objects to the user to select one of the likely pointed-to objects; | The accused product practices returning the list of likely pointed-to objects (e.g., objects similar to the objects identified in an image) to the user to select (e.g., click to view and buy) one of the likely pointed-to objects (e.g., objects similar to the objects identified in an image).<br><br>As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product by scanning a new object, a digital image of object is taken. This image is analysed to identify the object in the image. The object is then searched by the |

accused product across Temu's database (stored at Temu servers at different locations). Products similar to the object in the image, are identified from Temu's database, and presented to the user. The user can thereafter view and buy these products.



https://www.youtube.com/watch?v=WjI0GKyKZwg



**How To Use Visual Search in TEMU - Use Camera to Find TEMU Products**
https://www.youtube.com/watch?v=Wjl0GKyKZwg



https://www.youtube.com/watch?v=WjI0GKyKZwg

| | |
|---|---|
| wherein the object is at least one of a spot on a displayed image on a display, a subarea of a space on the displayed image on the display, one of a plurality of objects in the displayed image on the display, an object in space, or near an object in space, a subarea of a surface in space, or one of a plurality of | The accused product practices - wherein the object (e.g., charging accessory, sunglasses, etc.,) is at least one of a spot on a displayed image on a display, a subarea of a space on the displayed image on the display, one of a plurality of objects (e.g., one of the multiple objects in an image) in the displayed image (e.g., image captured using smartphone camera) on the display (e.g., smartphone display), an object in space, or near an object in space, a subarea of a surface in space, or one of a plurality of objects in space. |
| | As shown below, the accused product, when enabled on a user's smartphone, is used to detect and identify objects such as charging accessory, sunglasses etc. in an image. When a user uses the accused product, an image of surroundings can be taken using the smartphone's camera. This digital image is then analysed by the accused product to identify objects. Among multiple objects (e.g., charging accessory, laptop, etc.,) identified in the image, the user can select to search for a specific object (e.g., charging accessory). Products similar to the selected object are then searched across Temu's database. These products are then presented to the user to view and buy. |

| objects in space |  https://www.youtube.com/watch?v=WjI0GKyKZwg |



http://youtube.com/watch?v=WjI0GKyKZwg



**How To Use Visual Search in TEMU - Use Camera to Find TEMU Products**
https://www.youtube.com/watch?v=WjI0GKyKZwg



https://www.youtube.com/watch?v=WjI0GKyKZwg